RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/26/09
BY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **CAPPY D. SANDERS** | **CIVIL ACTION NO. 08-1953** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ROYCE TONEY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 19], which this Court ADOPTS, and for the reasons stated in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Cappy D. Sanders' ("Sanders") civil rights complaint [Doc. No. 1] is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§1915 and 1915A.

MONROE, LOUISIANA, this 24 day of June, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE